STATE OF NEBRASKA, APPELLEE, V. JAMES LEE BIRDWELL, APPELLANT.

178 N. W. 2d 270

Filed June 19, 1970. No. 37544.

Albert W. Crites, for appellant.

Clarence A. H. Meyer, Attorney General, and Melvin K. Kammerlohr, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, SMITH, McCOWN, and NEWTON, JJ., and CHADDERDON, District Judge.

CHADDERDON, District Judge.

This is a companion case to State v. Green, *ante* p. 673, 178 N. W. 2d 271, and is the same in all essential details, and the opinion in that case controls this case.

We affirm the judgment of the district court.

AFFIRMED.